IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00568-MEH-BNB

VAIL DEVELOPMENT 09 LLC,

    Plaintiff,

v.

GROUND ENGINEERING CONSULTANTS, INC.,

    Defendant.

---

## ORDER

---

**Michael E. Hegarty, United States Magistrate Judge.**

Pursuant to 28 U.S.C. § 636(c), the parties consented to the jurisdiction of a United States Magistrate Judge, and the case was reassigned to this Court. *See* docket #19. Accordingly,

IT IS ORDERED that the Order of Reference issued by Chief Judge Wiley Y. Daniel [docket #5] is hereby **vacated**; and

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge Boyd N. Boland is designated to conduct proceedings in this civil action as follows:

To convene such settlement conferences and direct related proceedings as may facilitate resolution of this case.

IT IS FURTHER ORDERED that a Status Conference is hereby set in this matter for Thursday, **July 1, 2010, at 9:30 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers

United States Courthouse, 1929 Stout Street, Denver, Colorado.[1]  If this date is not convenient,

counsel should confer with opposing counsel and contact Chambers at (303) 844-4507 to inquire

about alternate available dates.  Absent exceptional circumstances, no request for rescheduling will

be entertained unless made **five business days prior** to the date of the conference.

Lawyers whose offices are located outside of the Denver metropolitan area may appear at

the Status Conference by telephone.   Please contact Chambers at (303) 844-4507 to arrange

appearance by telephone.

The parties are further advised that they shall not <u>assume</u> that the Court will grant the relief

requested in any motion.  Failure to appear at a Court-ordered conference or to comply with a Court-

ordered deadline which has not be vacated by Court order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated in Denver, Colorado, this 3rd day of June, 2010.

BY THE COURT:

Michael E. Hegarty

Michael E. Hegarty
United States Magistrate Judge

---

[1]Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification.  *See* D.C. Colo. LCivR 83.2B.