IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.** 10-cv-00568-MEH-BNB | **FTR – Courtroom C203** |
| **Date:** July 1, 2010 | Cathy Coomes, Courtroom Deputy |

| | |
|---|---|
| VAIL DEVELOPMENT 09 LLC, | Beth H. Regas |
| | Patrick John Kearney, Jr. |
| Plaintiff, | (by phone) |
| v. | |
| GROUND ENGINEERING CONSULTANTS, INC., | Philip B. Cardi |
| | Heather Joyce |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in session:** 9:38 a.m.

The Court calls case. Appearances of counsel.

Discussion regarding the status of the case, the current discovery schedule, the pending Motion to Dismiss and to Abstain from Exercising Jurisdiction (Doc. #13, filed 5/12/10), and setting Final Pretrial Conference and trial dates.

**ORDERED:** 1. A jury trial is set for **May 23, 2011,** at 1:30 p.m; estimated length of trial is ten (10) days.

2. A Trial Preparation Conference is set for **May , 2011,** at 9:30 a.m.

3. A Final Pretrial Conference is set for **February 28, 2011,** at 9:30 a.m. In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **five (5) business days prior to the conference.**

A separate order regarding this Court's trial procedures will issue.

Discussion regarding Plaintiff's initial disclosures and Plaintiff's Motion for Leave to File Sur-Reply to Defendant Ground's Reply in Support of Its Motion to Dismiss and to Abstain from Exercising Jurisdiction by Plaintiff Vail Development 09 LLC (Doc. #26, filed 6/29/10).

**ORDERED:** 4. For reasons stated on the record, Plaintiff's Motion for Leave to File Sur-Reply to Defendant Ground's Reply in Support of Its Motion to Dismiss and to Abstain from Exercising Jurisdiction by Plaintiff Vail Development 09 LLC (Doc. #26, filed 6/29/10) is GRANTED. The Clerk of the Court is directed to accept for filing Plaintiff's Sur-Reply found at Doc. #26-1.

**Court in recess:** 10:09 am. (Hearing concluded)
Total time in court: 0:31