IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00568-MEH-BNB

VAIL DEVELOPMENT 09 LLC,

    Plaintiff,

v.

GROUND ENGINEERING CONSULTANTS, INC.,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the parties' Stipulation of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) [docket #42]. The Court, having considered the Stipulation, hereby

ORDERS that this action is DISMISSED WITHOUT PREJUDICE, each party to pay its own costs and attorney's fees.

Dated in Denver, Colorado, this 12th day of August, 2010.

                                          BY THE COURT:

                                          *Michael E. Hegarty*

                                          Michael E. Hegarty
                                          United States Magistrate Judge